UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY MAXWELL EVANS, <br> Plaintiff, <br> v. <br> PRESTON GILMORE, et al., <br> Defendants. | Case No. 17-cv-02645-DMR <br><br> **SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES** <br><br> Re: Dkt. No. 1 |

On May 8, 2017, Plaintiff filed this action. Pursuant to Civil Local Rule 3-12(c), the court *sua sponte* refers this case to Judge Maria Elena James to determine whether it is related to *Evans et al. v. Gilmore et al.*, 03-00643 MEJ, and *Evans et al. v. Gilmore et al.*, 15-1772-MEJ.

**IT IS SO ORDERED.**

Dated: June 26, 2017

Donna M. Ryu
United States Magistrate Judge